# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * * * * *
FREDERICK RENO,

           Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

           Respondent.
* * * * * * * * * * * * * * * * * * * * * * * *

No. 20-1147V
Special Master Christian J. Moran

Filed: September 15, 2023

<u>Ramon Rodriguez, III</u>, Sands Anderson PC, Richmond, VA, for petitioner;
<u>Parisa Tabassian</u>, U.S. Dep't of Justice, Washington, DC, for respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

Frederick Reno alleged that the influenza vaccination he received on September 29, 2017, caused him suffer from Guillain-Barré syndrome or "other demyelinating polyneuropathy which may have developed within approximately 2 days after vaccination." Pet., filed Sept. 4, 2020.

On September 15, 2023, the parties filed a joint stipulation for dismissal, stating, "The parties hereby stipulate that pursuant to Vaccine Rule 21(a)(1)(B) that this action shall be dismissed." J. Stip. ¶ 2.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Decision will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), the parties have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. Any changes will appear in the document posted on the website.

Vaccine Rule 21(a)(1)(B) allows petitioners to engage in a voluntary dismissal by filing a stipulation of dismissal that all parties have signed, which the parties here have done.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED**.

<u>s/Christian J. Moran</u>
Christian J. Moran
Special Master